ment. June 14, 1916.) Appeal from City Court of New York, Special Term. From an order permitting plaintiff to amend his complaint in material respects upon payment of $10 to defendant, defendant appeals. Order modified, and amendment permitted upon conditions; otherwise, motion to amend denied. See, also, 152 N. Y. Supp. 961; 157 N. Y. Supp. 7, 9.

PER CURIAM. Plaintiff has heretofore twice recovered judgments against the defendant, both of which have been reversed in this court. On the last appeal patent defects were pointed out in the complaint, the same having been indicated by defendant's counsel at the trial below by appropriate motions and exceptions to rulings. It appears, also, that substantially the same points had been urged by defendant's counsel at the first trial. Even apart from these considerations, it is quite evident that the terms imposed are insufficient. The order appealed from is therefore modified by permitting the amendment upon payment to defendant of one full bill of costs, including the costs of the prior appeal, $10 motion costs, and $10 costs and disbursements of this appeal, within six days from service of notice of the entry of this order upon plaintiff's counsel, with leave to defendant to answer within six days after service of the amended complaint; otherwise, the motion is denied, with $10 costs.

In the Matter of Asa L. CARTER, an attorney. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Reference ordered to official referee. Settle order on notice.

James J. CASEY, appellant, v. Frank S. GANNON and John Henry Wagener, as executors, etc., et al., respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

CENTRAL RAILROAD OF NEW JERSEY, Applt., v. CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Charles CHAPLIN v. VITAGRAPH-LUBIN-SELIG-ESSANAY, Inc. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion granted. Order filed.

Charles CHAPLIN, Applt., v. VITAGRAPH-LUBIN-SELIG-ESSANAY, Inc., et al., Respts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

CHAPMAN'S REAL ESTATE AGENCY, respt., v. John MAHER, applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment of County Court and judgment of Justice's Court reversed, with costs. Held, that the plaintiff failed to show that it procured a ready, able and willing purchaser. All concur.

159 N.Y.S.—70

In the Matter of James CHITTICK, Applt., v. BRITISH WAR RELIEF ASSOCIATION, Inc., Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Ida Mae CHRISTIE, respondent, v. The CITY OF BEACON, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of Samuel CHUGERMAN, an attorney. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Matter referred to Hon. William D. Dickey, as official referee, for hearing and report.

CITY OF BUFFALO, respt., v. BUFFALO YACHT CLUB and County of Erie, applts. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Motion granted and appeal dismissed, with costs, including $10 costs of this motion.

In the Matter of the application of the CITY OF NEW YORK, appellant, for a peremptory writ of mandamus directed to Edward Schoeneck and others, Commissioners of the Land Office, and Martin Saxe and others, State Tax Commissioners, as members of and constituting the State Board of Equalization of the State of New York, and Eugene M. Travis, as State Comptroller of the State of New York, respts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Order (93 Misc. Rep. 645, 158 N. Y. Supp. 595) unanimously affirmed, with costs.

In the Matter of the application of the CITY OF NEW YORK relative to acquiring title, etc., for opening and extending EAST NINETY-SECOND STREET from East New York Avenue to Avenue D, etc. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the Matter of the application of the CITY OF NEW YORK, relative to acquiring title, etc., for opening and extending EAST NINETY-SECOND STREET, from East New York Avenue to Avenue D, etc. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the application of the CITY OF NEW YORK, relative to acquiring title, etc., for the opening and extending of a PUBLIC PARK AT CONEY ISLAND, etc. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, with $10 costs.

In the Matter of the Application of the CITY OF NEW YORK relative to acquiring title to the lands, etc., required for the opening and extending of ROSEDALE AVENUE, etc., and St. Lawrence Avenue, etc. (Morris Kushner.)